UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAROLD FRANQUES**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 14-1949** |
| **SOUTHERN FIDELITY INSURANCE COMPANY,**<br>    **Defendant** | **SECTION "E"** |

# ORDER

In his complaint, Plaintiff alleges the Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because the parties are completely diverse and the amount in controversy, exclusive of interest and costs, exceeds $75,000. However, Plaintiff fails to properly allege the citizenship of the parties in his complaint.

Section 1332 "plainly indicates the facts that a pleader must allege to satisfy [Federal Rule of Civil Procedure] 8(a)(1)." *Nadler v. Am. Motor Sales Corp.*, 764 F.2d 409, 412 (5th Cir. 1985). Plaintiff alleges he is a "resident of the State of Louisiana." Section 1332, however, provides for jurisdiction over civil actions between "*citizens* of different states." 28 U.S.C. § 1332 (emphasis added). An allegation that a party is a "resident" of a particular state does not satisfy the requirements of Rule 8(a)(1) because Section 1332 "demands diverse citizenship, not diverse residency." *Nadler*, 764 F.2d at 713.

Section 1332 also sets out the allegations necessary to invoke diversity jurisdiction in a case involving a corporate party. Plaintiff does not allege the Defendant's citizenship. Under Section 1332(c), "a corporation shall be deemed a citizen of any state by which it has

1

been incorporated and of the state where it has its principal place of business." 28 U.S.C. § 1332(c). Thus, "allegations regarding the citizenship of a corporation must set out the principal place of business as well as the state of its incorporation..." *Neeley v. Bankers Trust Co. of Texas*, 757 F.2d 621, 634, n. 18 (5th Cir. 1985).

In his complaint, Plaintiff has not alleged the citizenship of either party. Plaintiff must amend his complaint to set forth the citizenship of both plaintiff and defendant in order to properly allege that the Court has subject-matter jurisdiction.

Accordingly, **IT IS ORDERED** that Plaintiff shall file an amended complaint in accordance with the Court's instructions no later than **September 4, 2014.**

**New Orleans, Louisiana, this 29th day of August, 2014.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**